UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GARY DETMER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:19CV00151 SNLJ |
| REAL TIME RESOLUTIONS, INC. | ) ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the Rule 16 Scheduling Conference is reset on *Friday, March 29, 2019 at 11:00 a.m.* by telephone. Chambers will initiate the call.

The parties' Joint Scheduling Plan should be filed no later than *March 22, 2019.*

Dated this 6th day of March, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE